# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**CALEB BLACK**                                                          **PLAINTIFF**

v.                                        **No. 2:25-cv-177-DPM**

**ZWICKER AND ASSOCIATES P.C.**                           **DEFENDANT**

## ORDER

Joint stipulation, *Doc. 9*, appreciated.   The parties have settled. Congratulations.   This case will be dismissed with prejudice, but the Court will retain jurisdiction for a time to enforce the parties' settlement.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 February 2026