# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

CALEB BLACK                                                    PLAINTIFF

v.                              No. 2:25-cv-177-DPM

ZWICKER AND ASSOCIATES P.C.                                   DEFENDANT

## JUDGMENT

Black's complaint is dismissed with prejudice. The Court retains jurisdiction until 17 April 2026 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

18 February 2026